# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ABRAHAM MORRIS,**

    **Petitioner,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

**CASE NO. 2:17-CV-00868**
**CRIM. NO. 2:12-CR-150(3)**
**JUDGE GEORGE C. SMITH**
**Magistrate Judge Jolson**

## OPINION AND ORDER

On October 19, 2017, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts recommending that the *Motion to Vacate under 28 U.S.C. § 2255* be dismissed. (Doc. 154). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 154) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

Additionally, Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**